# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | ) | |
|---|---|---|
| Jennifer Caloia | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:16-cv-03049-RHW |
| Carolyn W Colvin, Commissioner of Social Security Administration | ) ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Plaintiff's Motion for Summary Judgment, ECF No. 13, DENIED.
Defendant's Motion for Summary Judgment, ECF No. 17, GRANTED.
Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on a motion for Summary Judgment, ECF No. 13, DENIED. Defendant's Motion for Summary Judgment, ECF No. 17, GRANTED.

Date: 1/27/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler